## CAMDEN SAFE DEPOSIT AND TRUST COMPANY

*v.*

## HOME FOR THE AGED AND INFIRM.

[Submitted December 6th, 1915. Decided June 19th, 1916.]

*Mr. J. Russell Carrow, Mr. William J. Kraft* and *Messrs. Bleakly & Stockwell,* for the appellants.

*Mr. Solomon S. Iszard, Mr. George J. Bergen* and *Mr. H. Starr Giddings,* for the respondents.

Affirmed.

*For affirmance*—TRENCHARD, BERGEN, KALISCH, BLACK, WHITE, TERHUNE, TAYLOR—7.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, MINTURN, HEPPENHEIMER, WILLIAMS—7.

---

## CENTRAL TRUST COMPANY, trustee, respondent,

*v.*

## CENTRAL FREEZING COMPANY OF ATLANTIC CITY et al., appellants.

[Submitted March 27th, 1916. Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *85 N. J. Eq. 363.*